KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7044

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3 05 70205 JCS |
| ) | |
| Plaintiff, ) | **NOTICE OF DISMISSAL OF** |
| ) | **COMPLAINT AND RECALL OF** |
| v. ) | **ARREST WARRANT** |
| ) | |
| JANE DOE, ) | |
| a/k/a Ammayar Candelaria Perez, ) | |
| a/k/a Maria Eugenia Macias Llamas; ) | |
| True Name: Maria Ocana Rivera, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

With leave of the Court, and pursuant of Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice as to Jane Doe, a/k/a Ammayar Candelaria Perez, a/k/a Maria Eugenia Macias Llamas, whose true name is Maria Ocana Rivera, which Complaint was filed under seal on March 23, 2005.

DATED: October 19, 2005          Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

                                      /s/
                                 _____
                                 GREGG W. LOWDER
                                 Assistant United States Attorney

Notice of Dismissal
CR 3 05 70205 JCS

1 | Leave of Court is granted to the government to dismiss the Complaint as to Jane Doe, a/k/a
2 | Ammayar Candelaria Perez, a/k/a Maria Eugenia Macias Llamas, whose true name is Maria
3 | Ocana Rivera, without prejudice, and the Complaint is hereby dismissed without prejudice.  Any
4 | outstanding arrest warrant in conjunction with the Complaint is hereby recalled.

5 | **IT IS SO ORDERED.**

6 | DATED:   October 20, 2005

~~JAMES~~
~~Chief United States Magistrate Judge~~
Nandor J. Vadas
U.S. Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Nandor J. Vadas / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

Notice of Dismissal
CR 3 05 70205 JCS                                    2